# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor, New York, NY 10007
Tel: (212) 417-8700  Fax: (212) 658-9483

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

January 11, 2026

**BY ECF**

**SO ORDERED**

Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street,
New York, NY 10007

The January 15, 2026 status conference is hereby
adjourned to February 26, 2026 at 9:45 a.m.  Time
is excluded under the Speedy Trial Act.

*George B. Daniels*

JAN 1 2 2026

HON. GEORGE B. DANIELS

Re:    *United States v. Jianming Jiang*, 25 Cr. 557 (GBD)

Honorable Judge Daniels:

With the consent of the Government, I write to respectfully request an adjournment of Mr. Jianming Jiang's status conference, which is currently scheduled for January 15, 2025.

The Government produced discovery on December 9, 2025, and January 9, 2026. I need additional time to review the discovery in this case with Mr. Jiang and discuss a potential resolution. The process of reviewing discovery and discussing a resolution with Mr. Jiang will take time as he is detained at the MDC and requires the assistance of a Mandarin interpreter. Accordingly, I respectfully request that the Court adjourn the status conference to the week of February 23. The defense is available any day that week except February 25.

As noted above, the Government consents to this request. The Government requests that the time between the current status conference date and the adjourned date be excluded from the computation of time under the Speedy Trial Act. The defense does not oppose this request.

Thank you for considering this request.

Respectfully submitted,

/s/
Zawadi S. Baharanyi, Esq.
(917) 612-2753

cc:    AUSA Getzel Berger, Esq.