**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,                    :

          -against-                    :

JIANMING JIANG,                    :

            Defendant.                    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

25 Crim. 557 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's sentencing, currently scheduled for May 27, 2026, is hereby adjourned to June 23, 2026, at 10 a.m.

Dated: May 18, 2026
     New York, New York

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge